## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**RICHARD ERWIN,**

CASE NO: **1:22–CV–01207–ADA–BAM**

v.

**ALDI FOODS, INC.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 01/12/2023**

**Keith Holland**
Clerk of Court

ENTERED: **January 12, 2023**

by: /s/ C. Maldonado
Deputy Clerk